THOMAS E. WINNER
Nevada Bar No. 5168
ZACHARY W. LIVINGSTON
Nevada Bar No. 15954
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
zlivingston@winnerfirm.com

and

MICHAEL CORRENTI, ESQ.
PHILIP KEGLER, ESQ.
MCDONALD TOOLE RICHMAN AND CORRENTI, P.A.
111 North Magnolia Avenue, Suite 1200
Orlando, Florida 32801

*Attorneys for Crown Equipment Corporation and Brian Tardiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J MICHAEL HUSKIN, an individual; and EMMA JANE HUSKIN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCK; BRIAN RICHARD TARDIFF, an individual; and DOES 1 through 20; inclusive, <br><br> Defendants. | CASE NO.: 2:25-cv-01310-CDS-DJA <br><br> **STIPULATION AND ORDER REGARDING FRCP 35 EXAMINATION OF PLAINTIFF J. MICHAEL HUSKIN** |

IT IS HEREBY STIPULATED and agreed by and between, Plaintiff J. Michael Huskin, by and through his counsel of record, Richard D. Young, Esq. of Richard Harris Law Firm; and

Defendants, Crown Equipment Corporation and Brian Richard Tardiff, by and through their counsel of record, Thomas E. Winner and Zachary W. Livingston, of the law office of WINNER & BOOZE, that Plaintiff shall submit to a Fed. R. Civ. P. (FRCP) 35 Examination with orthopedic surgeon Steven M. Sanders, M.D., with the following manner, conditions, and scope under FRCP 35:

1. The exam shall take place on  March 11, 2026  at 1:30 p.m.  with an arrival time of 1:15 p.m.

2.  The exam will take place at  2020 Palomino Lane #110, Las Vegas, Nevada 89106.

3. No invasive procedures are allowed.

4. Plaintiff shall not be required to complete or sign any forms or questionnaires other than those provided to Plaintiff's counsel in advance pursuant to this stipulation. All intake or similar documents which are to be completed by Plaintiff will be provided to Plaintiff's counsel at least 5 business days prior to the date of examination.  All forms shall be returned to Defendants' counsel at least twenty-four (24) hours prior to the Rule 35 examination.

5. Plaintiff may bring an observer to the examination.  The observer will not interfere or attempt to participate in the examination.  If Plaintiff elects to have an observer present at the exam, Plaintiff must disclose the identity and relationship of the person in attendance.

6. The examination may be audio recorded by Plaintiff, or an observer designated by Plaintiff, at no additional cost to Plaintiff.  If any audio, visual or stenographic recording is made, Plaintiff must disclose it within 72 hours of the exam, and it must not be edited.  Any recording is at the Plaintiff's expense.

7. Any individuals present in the examination room other than the examiner shall be identified to Plaintiff's counsel in advance.

8. Liability questions will not be asked by the examining physician or any agent or representative of the examining physician.  Questions regarding the mechanism of injury may be asked.

9. No x-rays, radiographs, MRIs, CT scans, PET scans or other medical imaging will be obtained during the examination.

10. If the examining physician subjects the Plaintiff to physically painful or intrusive procedures, Plaintiff may terminate the examination and contact his counsel.

11. The examining physician and his staff will not engage in ex-parte contact with Plaintiff's treating healthcare providers.

12. Defendant shall forward a copy of the examination report to Plaintiff's counsel within thirty (30) days of the examination.

13. The Rule 35 Exam will start within 30 minutes of the scheduled start time and will last no longer than 90 minutes.

14. The examination will be limited to Dr. Sanders's expertise, orthopedic medicine. The exam will also be limited to those conditions Plaintiff has placed into controversy and those deemed relevant The Rule 35 examination will not include any procedures that are painful, protracted or intrusive, or unreasonably invasive, whether or not the examining physician deems them to be reasonably necessary.

15. Defense counsel will provide the examining physician with a copy of the Stipulation and Order prior to the Rule 35 Exam.

16. If Plaintiff fails to appear for the Rule 35 Examination without giving Defendants sufficient notice to reschedule, which shall not be less than fourteen (14) calendar days prior to the date of examination, the full payment will be required.

. . .

. . .

. . .

17. The parties agree that Dr. Sanders's examination shall be conducted pursuant to FRCP 35 and therefore, the parties and Dr. Sanders shall comply with the provisions of FRCP 35.

**IT IS SO STIPULATED.**

DATED this 11th day of February, 2026.

DATED this _17th_ day of February, 2026.

**WINNER & BOOZE**

**RICHARD HARRIS LAW FIRM**

/s/ Zach Livingston
Zachary W. Livingston
Nevada Bar No. 15954
117 S. Rancho Dr.
Las Vegas, NV 89102
Attorney for Defendants

_/s/Richard D Young_
Richard D. Young, Esq.
Nevada Bar No. 11331
801 South Fourth Street
Las Vegas, NV 89101
Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated:  2/24/2026

_____
UNITED STATES MAGISTRATE JUDGE